1

UNITED STATES DISTRICT COURT
for the
The Southern District of California

FILED

Sep 29 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          s/ GloriaVocal          DEPUTY

John Cesario                          )
                                      )
                                      )
                                      )
-------------------------------------- )    **Case No.**  **'23 CV 1803 WQHKSC**
        Plaintiff                     )
                                      )
            V.                        )
                                      )
                                      )
Biocept, Inc.                 )
                                      )
                                      )
See Attached List Of Defendants  )
                                      )
                                      )
------------------------------------------------------------------------------------------

**Sworn Affidavit**

State: Connecticut

County Of:  New London

Hi John Cesario residing at 15 Darrows Ridge East Lyme Connecticut I hereby swear
Under Oath that the following statement is true to the best of my knowledge:

My complaint alleges Biocept, its former or present management, and its former and
present Board Members of fraud, conspiracy to commit fraud, violating federal and
State security laws and committing a pump and dump scheme. The complaint also
alleges that Biocept's auditor MHM CBIZ, its SEC Cooley attorney Bair, Cooley, LLP,

alleges that Biocept's auditor MHM CBIZ, its SEC Cooley attorney Bair, Cooley, LLP, Aegea Biotechnologies Inc., Maxim Group, Maxims analyst Jason McCarthy, and Biocept's outside Invetor Relations firm for either direct participation, conspiracy or aiding and abetting Biocept in the acts.

The genesis of the complaint arises in what could be the largest Covid-19 penny stock pump and dump scam uncovered to date. Investors, unaware of the fraud, have lost over $1 Billion dollars.

Auditor MHM intentionally and knowingly violated Generally Accepted Accounting Standards and PCAOB Standards and Rules in its engagement with Biocept. After I contacted MHM and notified them of the fraud and SEC violations, MHM actively worked with Biocept to cover it up.

 MHM's in-house General Councill Bill Mann, played a key role in the cover-up. Mann acknowledged receiving my emails did not take any action notifying the public. Instead, in the next SEC filing, an Audited Annual Report, the fraud was covered up.

MHM had a long history of letting Biocept play fast and loose with SEC disclosures. Through 2019, Biocept raised over $235 million based on a patent they "pretended" they owned 100% of. It was a co-owned patent with Aegea. Additionally, Biocept further made up a trade name and referred to the patent as Target Selector, further obscuring ownership.

Cooley, and Biocept's outside SEC attorney Charles Bair was an active party to the fraud and security law violations, as well as conspiracy and aiding and abetting the fraud and security law violations.

Aegea, LHA and Cain were also active participants. Maxim Group served as Biocept's banker from 2018 to 2020. Maxim had shares and warrants in Biocept. I strongly believe that Maxim had full control over the broker Non Votes that were involved in a manipulative pump and dump scheme.

The Broker-Non Votes were counted as against a reverse split proposal three times (June 5th, July 1st, July 31st) included in Biocept's 2020 proxy. After Biocept issued a misleading and delinquent press release on August 6th pumping the "co-development" of a revolutionary and novel Covid-19 PCR test Biocept's stock price doubled, trading volume increased tenfold and the Broker-Non-Votes voted for the reverse split. The stock high on  August 6th, adjusted for 2 reverse splits, was $390. It is $1.45 today!

Biocept never would have been able to defraud the investing public without Cooley, Bair, Aegea, LHA Cain's and MHM's participation. This is a condensed history.

Biocept decreased the total number of outstanding common shares to below 2 million through the implementation of a reverse split in 2018. Biocept was then left with 148 million shares to sell to the public in order to finance its operations. outstanding. Biocept has a total of 150 million authorized shares available. Biocept's sales were never more than $5 million, and they had a huge operating deficit.

On April 20th, 2020, Biocept filed a preliminary Proxy with the SEC. Proposal 4 Biocept sought approval for its third reverse stock split in just four years. The vote was to be counted at the Biocept's annual June 5th annual meeting. Proposal 4 became the linchpin forBiocept's fraudulent acts and SEC disclosure violations, the proposal stated:

The record date of April 12th was set, if you were a shareholder as of that date you could vote. Delaware law requires a 30-day record date.

Biocept's stated reason for the reverse split was to cure the $1.00 NASDAQ minimum bid rule. This was a half-truth at best. In less than two years, Biocept has sold a staggering 133 million shares to the public through Maxim. They also wanted 7 million shares issued for executives.

Biocept needed the reverse split because only the common shares would be reversed, not the 150 million authorized. This would allow Biocept to basically rinse and repeat, and dump shares on the public again.

On April 20th, 2020, the SEC issued a letter to Biocept's then CEO Michael Nall (Nall) received a letter from the SEC which warned that the company and management were responsible for the accuracy of their disclosures. Bair also received this and MHM knew about it.

https://www.sec.gov/Archives/edgar/data/1044378/000000000020003957/filename e1.pdf

On April 24th, 2020, Biocept filed an S-3 registration with the SEC to sell $100 million dollars of stock. Biocept motivation in filing the S-3 on April 24th to intentionally lower its stock price and make sure it stayed under $1. Biocept did not have $100 million shares to sell. At the most they had 10 million shares, which at $0.40 would be $4 million.

On June 3rd 2020 Biocept and Aegea signed a development agreement (Development Agreement) to co-develop a novel revolutionary Covid-19 test. Biocept was required by law to file a Form 8-K, but it did not because the reverse split was voted down by shareholders. This is fraud by omission. Developing a Covid test was not in Biocept's normal scope of business, nor was validating the test. Biocept was an oncology diagnostics company.

The proposal for a reverse split by Biocept was once again voted down on July 1st. Biocept put out a misleading press release on July 18th. The proposal for a reverse split by Biocept was once again voted down on July 31st.

Biocept issued an unlawful press release on August 6th, deliberately intending to inflate the stock price through the announcement of a Development Agreement. The stock price doubled to $1.30 during the day and volume increased tenfold to 192 million shares, plus 50 million more right before the close on August 5th.

Biocept stock price closed over $1.00 for 7 days, then the price began to decline. In 2022, I discovered that 100% of the broker non-votes that were initially against the reverse split actually switched and voted in favor of it. Institutional short sellers are often enticed by reverse splits in microcaps.

In the spring of 2022 I realized that between August 6th and the August 18th voting date there were not 10 trading days. Biocept strategically issued the press release for the 6th to prevent Biocept from trading over $1.00 for 10 consecutive days.

Biocept intentionally and deliberately committed acts to prevent Biocept from curing the NASDAQ deficiency, including (1) filing a $100 million S-3, (2) suppressing a material agreement, (3) issuing the delinquent press release so that there was less than 10 days between the announcement and the August 18th reconvened annual meeting. Additionally, over 2 billion shares traded between the record date in April and the August 18th 4th annual meeting. The reverse split was approved because the 46 million broker non-votes switched their vote.

In 2022 I realized that Biocept was heavily owned by sophisticated institutional investors and arbitrageurs who were likely to be well-informed about what is happening in this on-going proxy contest. Maxim Group specifically sold over 30 million shares of stock at $0.40 to "certain institutions" on April 2nd and April 4th. Obviously, Maxim was tipped off that Biocept was about to start Covid-19 testing

It was unlawful for Biocept's Board to approve this stock sale, at $0.40 with material news about to be announced.

In March 2022, after consulting with my previous lawyer (a former senior SEC litigator) and a certified auditor, I discovered that this was a pump and dump scheme aimed at purchasing proxy votes. Both the attorney and auditor kept asking me why Biocept announced the press release if they wanted the stock to stay under $1.00.

Upon further investigation, it was found that more than 46 million broker non-votes likely changed their vote. As mentioned earlier, the timing of the unlawful August 6th release prevented Biocept from resolving the NASDAQ deficiency.

The institutions may have profited by selling shares at $1.30 and netting a 300 percent profit ($60,000,000.). Or they could have profited by shorting the stock, or both. Because the record date was April some of those Broker Non-Votes may have already sold their shares, in which case they shouldn't have voted.

In a text thread with Aegea's Sung, we discussed the reverse split. There are certain text conversations that are included in my complaint. I continued to buy shares based on the fact that Biocept was now co-developing the test. Songs text messages began to reveal how sketchy Nall and Biocept were.

By September 25th I sold all my shares, for a $191.000.00 loss. If I had known Biocept failed to announce the Development Agreement on time, made false statements about the proxy vote, or the August 6th press release was unlawful, I wouldn't have bought shares. In addition to buying shares before that announcement, I bought much more after the announcement.

At the end of September I started emailing Biocept. IR rep Jody Cain responded. On September 30th I read Biocept's second quarter report filed with the SEC. The report fraudulently stated that Biocept did announce the Development Agreement on June 3rd. I did not know if this was fraud or a mistake, so I emailed Cain again pointing this statement out. She did not respond. Cain reviews all press releases and most likely aided and abetted Biocept in the fraud.

Biocept repeated adding the fraudulent statement to the third quarter report. It was an attempt to cover up the fraud.

Next I began emailing NHM partners and informing them of the fraud. Attorney Mann, MHM's general council responded. Mann, took no corrective action and became an active party in covering up the fraud committed by Biocept.

Biocept's audited annual report simply changed the wording in the filing to further cover up the fraud. MHM responsibilities included reviewing material agreements, and quarterly reports. Mann most likely knew that MHM committed malpractice and fraud. MHM had to know about the June 3rd Development Agreement, as that was the biggest development in the company's history.

MHM fees to Biocept doubled to over $600,000 annually after the 2020 fraud. Biocept continued to make knowingly false statements regarding the test. Biocept continued to make SEC disclosure violations that were intentionally overlooked by MHM. Eventually, all references to the Covid-19 test were removed from Biocept's SEC filings.

Cooley and Bair also active participants with Biocept in defrauding investors. Bair was copied in an SEC letter informing Biocept about their responsibilities for full disclosure during the 2020 proxy. Bair knew that (1) the proxy statement contained false statements or half-truths, (2) Biocept unlawfully concealed the June 3rd Development Agreement, (3) August 6th press release that he personally reviewed was unlawful, (4) the proxy vote was obtained by fraud.

It is unknown what Bair's fees were during this period. Discovery will reveal that.

The Biocept executive team and former Board members received large bonuses and high payments. Biocept has been operating for 13 years without making a profit and has a loss of over $250,000,000.

In February 2022, all of Biocept's top executives, including the CEO, CFO, COO, CSO, Chairman of the Board, and general in-house counsel, were either fired or forced to resign.

Most of the current Board of Directors were active during this time of the fraud and security law violations.

The Plaintiff seeks 200 million, or whatever amount a jury determines, in punitive damages from the Defendants. The conduct in this case is shocking, egregious, intentional and malicious, and was intentional and for the benefit of the Defendants financial interests.

The June 3rd development Agreement was material, because co-developing a Covid test, and even validating a test, was outside of Biocept's oncology testing business. Covid dominated the news cycle at the time.

Biocept strategically did announce the test, and pump the stock price higher as part of a pump and dump. Aegea's Sung stated in a text that she was generous in allowing the wording because Biocept's stock trades on news. The stock price surged price doubled and the volume increased tenfold.

The Development Agreement was important and material for investors. My complaint describes how the agreement was used to manipulate Biocept's stock price. MHM turned a blind to Biocept's failure to file the required 8-K's regarding the departures of Sr. VP Arnold, General Council Brown or Chairman Hale, who all departed the same time as Nall (ex-CEO) and Kennedy (EX-CFO).

Both Brown and Arnold were listed on Biocept's webpage as part of the management team and were with the company prior to it going public. Biocept did not file the required 8-K that it abandoned the Covid-19 test. Biocept repeatedly referred to the Covid-19 test in earnings calls and SEC disclosures, as well as road show interviews found on Youtube.

Additionally, Biocept changed the language in the SEC filings, and then omitted mentioning the test at all in SEC quarterly and annual reports.

Additionally, Biocept also did not file a 10-K regarding a previous renegotiated agreement with Aegea regarding the patent. Biocept failed to attach BOTH the renegotiated Agreement or the Development Agreement with Aegea in the exhibits section of the filings. In 2021, Biocept did another Agreement with Aegea and also failed to file an Form 8-K or attach the agreement as an exhibit in its SEC filings.

Not only was the Development Agreement material, the evidence is clear that Biocept, MHM, Cooley, LHA, Bair and Cain had intent on deceiving the investing public, and then covering it up.

Finally, Maxim appears to aided and abetted Biocept in the pump and dump scheme. Analyst Jason McCarthy put absurd price targets on Biocept. McCarthy's bogus analysts reports were shares on social media and stock boards to lure investors in creating volume for Maxim, maxim's client to sell long positions, or open short positions.

CBIZ is a repetitive offender violating public trust. They were sanctioned by the SEC in the past for obvious Independence violations and, they just settled a lawsuit for $41.5 million involving mismanaging and under-reporting the pension debt claims. https://www.marketscreener.com/quote/stock/CBIZ-INC-30896/news/CBIZ-REACHES-S ETTLEMENT-AGREEMENT-WITH-UPMC-Form-8-K-35759617/


MHM's revenues are in excess of $1.5 Billion and they trade on the NY Stock Exchange.

Cooley's revenues are over $1.5 Billion annually. Bair was a key player in the fraud and concealment schemes.

Under penalty of perjury, I hereby declare and affirm that the facts presented above, to the best of my knowledge, are true and correct.

John Cesario   9/28/23

John Cesario

**LORI BURDICK**
**Notary Public of Connecticut**
**My Commission Expires 05/31/2027**

Lori Burdick 9/28/23