UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CESARIO,<br><br>                    Plaintiff,<br><br>v.<br><br>BIOCEPT, INC.; CBIZ, INC.; MICHAEL W. NALL; CBIZ CPAS, P.C.; BRUCE E. GERHARDT; COOLEY LLP; BRUCE A. HUEBNER; JASON MCCARTHY; MARSHA A. CHANDLER; LIPPERT/HEILSHORN & ASSOCIATES, INC.; JODY CAIN; CHARLES BAIR; TIMOTHY C. KENNEDY; LYLE ARNOLD; MAXIM GROUP LLC; MICHAEL W. BROWN; AEGEA BIOTECHNOLOGIES INC.; CBIZ ADVISORS, LLC; STEPHAN FANUCCI; IVOR ROYSTON; DAVID HALE; MICHAEL RABINOWITZ; PAUL LAROSA; TIPTON EVANS; and ANDREW ROSEN,<br><br>                    Defendants. | Case No.: 23-cv-1803-WQH-BLM<br><br>**ORDER** |

HAYES, Judge:

On September 29, 2023, Plaintiff John Cesario ("Plaintiff") filed a Complaint against several Defendants, including, as relevant here, Lyle Arnold ("Arnold"), Michael W. Brown ("Brown"), Jody Cain ("Cain"), Marsha A. Chandler ("Chandler"), David F. Hale ("Hale"), and Ivor Royston ("Royston"). (ECF No. 1.)

On October 3, 2023, the Clerk of the Court issued the corresponding summons and proof of service form. (ECF No. 2.)

On October 20, 2023, Plaintiff filed the First Amended Complaint ("FAC"). (ECF No. 4.) The FAC did not name any new defendants as relevant to this Order.

On April 10, 2024, Plaintiff filed the Second Amended Complaint ("SAC"). (ECF No. 84, SAC.) The SAC continued to assert claims against Arnold, Brown, Cain, Chandler, Hale, Royston, and other defendants. The SAC also added, as relevant here, Stephan Fanucchi ("Fanucchi") as a defendant. *Id.* at 17–18.

On April 12, 2024, the Clerk of the Court issued the corresponding amended summons and proof of service form. (ECF No. 85.)

On March 11, 2025, Plaintiff filed the Third Amended Complaint ("TAC"), the operative pleading. (ECF No. 164, TAC.) The TAC continues to assert claims against, as relevant here, Arnold, Brown, Cain, Chandler, Fanucchi, Hale, and Royston.

On March 13, 2025, the Clerk of the Court issued the corresponding amended summons and proof of service form. (ECF No. 165.)

On April 1, 2025, the Court issued an Order to Show Cause (the "Order to Show Cause") (ECF No. 171) providing Plaintiff with notice that, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the Court would:

> dismiss this action as to Arnold, Brown, Cain, Chandler, Fanucchi, Hale, and Royston without prejudice unless, within thirty (30) days from the date this Order is issued, Plaintiff files, as to each of these defendants, (1) proof that service of the summons and complaint was timely effectuated; or (2) proof that service of the summons and complaint was not required; or (3) a declaration under penalty of perjury showing good cause for the failure to

timely effect service accompanied by a motion for leave to serve process outside of the time period granted by the Court.

*Id.* at 3–4.

The docket reflects that, since the issuance of the Court's Order to Show Cause, Plaintiff has made no filings addressing service of process upon Arnold, Brown, Cain, Chandler, Fanucchi, Hale, or Royston.

IT IS HEREBY ORDERED that Plaintiff's claims against only Arnold, Brown, Cain, Chandler, Fanucchi, Hale, and Royston are dismissed without prejudice.

IT IS FURTHER ORDERED that Plaintiff's claims in the TAC against all defendants served in this action remain pending. Accordingly, this Order has no effect upon the briefing schedule set by the Court's March 25, 2025 Order (the "March 25 Order") (ECF No. 170). Pursuant to the March 25 Order, Plaintiff shall file any response to the Motions to Dismiss the TAC (ECF Nos. 175, 176, 177, 178, 180, 181 & 183) filed by Defendants CBIZ CPAs, P.C.; Bruce E. Gerhardt; Bruce A. Huebner; CBIZ, Inc.; CBIZ Advisors, LLC; Maxim Group LLC; Jason McCarthy; Lippert/Heilshorn & Associates, Inc.; Cooley LLP; Charles Bair; Michael W. Nall; and Timothy Kennedy (collectively, the "Moving Defendants") on or before June 9, 2025. (ECF No. 170 at 2.) Furthermore, pursuant to the March 25 Order, the Moving Defendants shall file any replies in support of their Motions to Dismiss on or before July 7, 2025. *Id.*

Dated: May 21, 2025

Hon. William Q. Hayes
United States District Court